UNITED STATES of America, Appellant,

v.

Garland D. ROBINSON, Appellee.

Bankruptcy No. 85–331–Civ–J–14.

United States District Court, M.D. Florida, Jacksonville Division.

Aug. 19, 1985.

David E. Dearing, U.S. Dept. of Justice, Washington, D.C., for plaintiff.

---

## ORDER

SUSAN H. BLACK, District Judge.

For the reason of appellee's failure to file a brief, it is

ORDERED:

1. That the Bankruptcy Court's February 4, 1985, Order Granting Final Summary Judgment for Defendant and Dismissing Adversary Proceeding is hereby reversed.

2. That the obligations imposed upon defendant-appellee Garland D. Robinson by the Final Judgment of August 26, 1983, are hereby reinstated.